FAY E. MORISSEAU (Bar. No. 159931)
fmorisseau@mwe.com
DANIEL R. FOSTER (Bar. No. 179753)
dfoster@mwe.com
CHRISTOPHER D. BRIGHT (Bar No. 206273)
cbright@mwe.com
McDERMOTT WILL & EMERY LLP
18191 Von Karman Avenue, Suite 500
Irvine, California 92612
(949) 851-0633

MICHAEL S. NADEL (*pro hac vice* pending)
mnadel@mwe.com
McDERMOTT WILL & EMERY LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 756-8000

Attorneys for Defendant/Counterclaimant Blackboard Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS FERNANDEZ,<br><br>       Plaintiff,<br><br>v.<br><br>BLACKBOARD INC.,<br><br>       Defendants. | CASE NO. CV 11-4969 SBA<br><br>**BLACKBOARD'S ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS**<br><br>DEMAND FOR JURY TRIAL |
| BLACKBOARD INC.,<br><br>       Counterclaimant,<br><br>v.<br><br>DENNIS FERNANDEZ<br><br>       Counterclaim Defendant. | |

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
IRVINE

Pursuant to Federal Rule of Civil Procedure 12, Defendant Blackboard Inc. ("Blackboard") hereby answers the Complaint for patent infringement filed by Plaintiff Dennis Fernandez ("Fernandez"), raises affirmative defenses, and brings counterclaims as follows.

## ANSWER

Blackboard denies all allegations unless otherwise admitted. Blackboard denies infringing any valid, enforceable patent. Blackboard denies that Fernandez is entitled to any relief. Blackboard avers that Fernandez should take nothing and should pay Blackboard's attorneys' fees in this exceptional case. Blackboard responds to each numbered paragraph of the Complaint as follows:

1. As to the allegations in Paragraph 1 of the Complaint, Blackboard admits this purports to be a claim for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code. Blackboard denies any liability for patent infringement.

2. Blackboard lacks sufficient information to admit or deny the allegations of Paragraph 2 of the Complaint, so they are denied.

3. As to the allegations in Paragraph 3 of the Complaint, Blackboard admits that the patent-in-suit is U.S. Patent No. 7,221,387, entitled "Digital Television With Subscriber Conference Overlay," which issued on May 22, 2007 (the "'387 patent"). Blackboard denies the remaining allegations.

4. Blackboard lacks sufficient information to admit or deny the allegations of Paragraph 4 of the Complaint, so they are denied.

5. As to the allegations in Paragraph 5 of the Complaint, Blackboard admits that it is a Delaware corporation with its headquarters located in Washington, D.C. Blackboard denies the remaining allegations.

6. The allegation in Paragraph 6 of the Complaint states a legal conclusion to which no answer is required, but in any event it is denied.

7. The allegation in Paragraph 7 of the Complaint states a legal conclusion to which no answer is required, but in any event it is denied. Blackboard has not committed acts of

infringement in this District or elsewhere. Adobe, Cisco, and Intercall are not parties to this action and reference to them is extraneous.

8. Blackboard denies the allegations of Paragraph 8 of the Complaint.

9. Blackboard denies the allegations of Paragraph 9 of the Complaint.

10. Blackboard denies the allegations of Paragraph 10 of the Complaint.

11. With respect to Fernandez's Prayer for Relief, Blackboard denies that Fernandez is entitled to any relief whatsoever. Fernandez should take nothing.

## AFFIRMATIVE DEFENSES

Blackboard raises the following affirmative defenses.

### First Affirmative Defense

### (Invalidity)

1. The claims of the '387 patent are invalid for failure to comply with one or more of the provisions of 35 U.S.C., including but not limited to §§ 102, 103, and/or 112, and judicially created doctrines.

### Second Affirmative Defense

### (Prosecution History Estoppel)

2. Fernandez is estopped from construing or applying the claims of the '387 patent in such a way as may cover Blackboard's business activities by reason of amendment, cancellation, or abandonment of claim(s), and the admissions of other statements made in and to the PTO.

### Third Affirmative Defense

### (Estoppel, Waiver, and Laches)

3. Fernandez's claims against Blackboard are barred, in whole or in part, by the judicially created doctrines of estoppel, waiver, and laches.

### Fourth Affirmative Defense

### (License)

4. Fernandez's claims against Blackboard are precluded to the extent that Blackboard and/or any entity whose infringement Blackboard allegedly induces or contributes to has an express or implied license to the '387 patent.

### Fifth Affirmative Defense

### (Other Affirmative Defenses Based on Later Discovered Evidence)

5. Blackboard reserves all affirmative defenses under Federal Rule of Civil Procedure 8(c), the Patent Laws of the United States, and any other defenses, at law or in equity, that may exist or in the future by available based on discovery and further factual examination.

## COUNTERCLAIMS

Counterclaim Plaintiff Blackboard Inc., by its attorneys McDermott Will & Emery LLP, brings counterclaims against Counterclaim Defendant Dennis Fernandez and alleges as follows:

### Nature of the Action

1. This is an action seeking a declaratory judgment on non-infringement and invalidity of U.S. Patent No. 7,221,387 (the "'387 patent").

2. This action arises under the Patent Laws of the United States, 35 U.S.C. §§ 101 *et seq.*, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

### The Parties

3. Counterclaim Plaintiff Blackboard Inc. ("Blackboard") is a Delaware corporation with its principal place of business at 650 Massachusetts Avenue, N.W., in Washington, D.C.

4. Upon information and belief, Counterclaim Defendant Dennis Fernandez ("Fernandez") is a resident of Atherton, California.

### Jurisdiction and Venue

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6. By filing his complaint in this jurisdiction, Fernandez has consented to personal jurisdiction here. Additionally, there is personal jurisdiction over Fernandez in California because he resides here.

7. Venue is proper in this district under 28 U.S.C. §§ 1391 and 1400(b).

### General Allegations

8. Fernandez purports to be the owner of the '387 patent.

9. Fernandez has alleged that Blackboard has infringed, and continued to infringe, the '387 patent, which Fernandez alleges is valid.

**Count I**

**(Declaratory Judgment of Non-Infringement of the '387 Patent)**

10. The allegations of the preceding paragraphs incorporated as if fully set forth herein.

11. Blackboard has not infringed the '387 patent, either directly or indirectly, literally or under the doctrine of equivalents or in any way, willfully or otherwise, and is entitled to a declaration to that effect.

**Count II**

**(Declaratory Judgment of Invalidity of the '387 Patent)**

12. The allegations of the preceding paragraphs incorporated as if fully set forth herein.

13. The claims of the '387 patent are invalid for failure to comply with one or more of the provisions of 35 U.S.C., including but not limited to §§ 102, 103, and/or 112, and judicially created doctrines, and Blackboard is entitled to a judicial declaration to that effect.

**Prayer for Relief**

Blackboard prays that the Court grant the following relief:

(a) A declaratory judgment that Blackboard has not infringed and does not infringe the '387 patent;

(b) A declaratory judgment that the claims of the '387 patent are invalid;

(c) A finding that this is an exceptional case, and an award to Blackboard of its reasonable attorneys' fees under 35 U.S.C. § 285;

(d) An order of all costs of suit incurred by Blackboard; and

(e) An order awarding all such other relief as the Court deems just and equitable.

**JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38, Blackboard demands a trial by jury on all issues so triable.

Dated: October 31, 2011

Respectfully submitted,

McDERMOTT WILL & EMERY LLP

By: */s/ Daniel R. Foster*
Daniel R. Foster
Attorney for Defendant
BLACKBOARD INC.

**CERTIFICATE OF SERVICE**

I certify that on October 31, 2011, I filed this document through the CM/ECF system, which caused a copy to be served on all counsel of record.

                                                   McDERMOTT WILL & EMERY LLP

                                                   By:   */s/ Daniel R. Foster*
                                                               Daniel R. Foster
                                                               Attorney for Defendant
                                                               BLACKBOARD INC.

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
IRVINE