UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

TIME IN HEARING: 4 MINUTES                                             Date:1/26/12

C-11-04969 SBA                JUDGE: SAUNDRA BROWN ARMSTRONG

Title:         FERNANDEZ vs. BLACKBOARD, INC.

Atty.:   PATRICK DOLON              DANIEL FOSTER

         GARY FERGUS

Deputy Clerk:  Lisa R. Clark         Court Reporter:         N/R

**PROCEEDINGS**
Plt   DFT
( )   ( ) 1. TELEPHONE CASE MANAGEMENT CONFERENCE - HELD
( )   ( ) 2.
( )   ( ) 3.
( )   ( ) 4.
( ) Motion(s)    ( ) Granted    ( ) Denied    ( ) Off Calendar
                 ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
(X) Order to be prepared by  (X) Plaintiff  ( )Deft  ( ) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to  10/24/12  for a Case Management Conference at 10:00 AM
Case Continued to _____ for OSC RE: _____
Case Continued to  10/24/12  10:00 AM CLAIM CONSTRUCTION HEARING
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
Last Date to Amend Pleadings or Add Parties _____
General Discovery Cut-off _____ Expert Discovery Cut-off _____
Plft to name Experts by _____ Deft to name Experts by _____
All Dispositive Motions to be heard by ( Motion Cut-off) _____
Case Continued to _____ for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Reply to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: _____ Days) at 8:30 a.m.
( ) REFERRED TO MAGISTRATE _____ FOR SETTLEMENT CONFERENCE
  Notes: ALL DATES LEADING UP TO CLAIM CONSTRUCTION HEARING ARE ADOPTED FROM THE JOINT CASE MANAGEMENT CONFERENCE STATEMENT.