GARY S. FERGUS
FERGUS, A LAW OFFICE
595 Market Street, Suite 2430
San Francisco, California 94105
Phone: (415) 537-9032
Fax: (415) 537-9038
E-mail: gfergus@ferguslegal.com

PAUL K. VICKREY *(Pro Hac Vice)*
PATRICK F. SOLON *(Pro Hac Vice)*
KARA L. SZPONDOWSKI (Pro Hac Vice)
NIRO, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: vickrey@nshn.com
E-mail: solon@nshn.com
E-mail: szpondowski@nshn.com

Attorneys for Plaintiff
Dennis Fernandez

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| DENNIS FERNANDEZ,<br><br>       Plaintiff,<br><br>v.<br><br>BLACKBOARD INC.,<br><br>       Defendant. | Case No. CV 11-04969-SBA<br><br>Honorable Saundra Brown Armstrong<br><br>**ORDER SETTING PATENT CASE SCHEDULE** |
|---|---|

| **DATE** | **EVENT** |
|---|---|
| Monday, April 9, 2012 | Plaintiff must serve:<br>• Disclosure of Asserted Claims and Infringement Contentions (Patent L.R. 3-1)<br>• Initial Document Production (Patent L.R. 3-2)<br><br>Note: No Amendment to Contentions w/o leave of court. (Patent L.R. 3-6) |
| Wednesday, May 23, 2012 | Defendant must serve:<br>• Invalidity Contentions (Patent L.R. 3-3) |

| DATE | EVENT |
|---|---|
|  | Document Production Accompanying Invalidity Contentions (Patent L.R. 3-4) |
| Wednesday, June 6, 2012 | Parties must exchange Proposed Terms for Construction (Patent L.R. 4-1) |
| Wednesday, June 27, 2012 | Simultaneous Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) |
| Monday, July 23, 2012 | Parties must complete and file Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) |
| Wednesday, August 22, 2012 | Parties must complete all Claim Construction Discovery (Patent L.R. 4-4) |
| Thursday, Sept. 06, 2012 | Fernandez's Opening Claim Construction Brief and any supporting evidence due (Patent L.R. 4-5) |
| Thursday, Sept. 20, 2012 | Blackboard's Responsive Claim Construction Brief and any supporting evidence due (Patent L.R. 4-5) |
| Thursday, Sept. 27, 2012 | Fernandez must serve and file reply brief and any evidence directly rebutting the supporting evidence contained therein (Patent L.R. 4-5) |
| Wednesday, October 24, 2012 at 10:00 a.m. | Claim Construction hearing (Patent L.R. 4-6) |

**IT IS SO ORDERED.**

Dated: __1/31/12

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

ORDER SETTING PATENT CASE SCHEDULE – Case No. C 11-03847                                                         - 2 -