GARY S. FERGUS
FERGUS, A LAW OFFICE
595 Market Street, Suite 2430
San Francisco, California 94105
Phone: (415) 537-9032
Fax: (415) 537-9038
E-mail: gfergus@ferguslegal.com

PAUL K. VICKREY *(Pro Hac Vice)*
PATRICK F. SOLON *(Pro Hac Vice)*
KARA L. SZPONDOWSKI (Pro Hac Vice)
NIRO, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: vickrey@nshn.com
E-mail: solon@nshn.com
E-mail: szpondowski@nshn.com

Attorneys for Plaintiff
Dennis Fernandez

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS FERNANDEZ,<br><br>                     Plaintiff,<br><br>     v.<br><br>BLACKBOARD INC.,<br><br>                     Defendant. | Case No. CV 11-04969-SBA<br><br>Honorable Saundra Brown Armstrong |

### **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Dennis Fernandez and Defendant Blackboard Inc. hereby stipulate to a dismissal of all claims and counterclaims with prejudice, each party bearing its own costs and fees.

Dated:  May 23, 2012

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| ____/s/ Paul K. Vickrey____ | ____/s/ Michael S. Nadel____ |
| PAUL K. VICKREY *(Pro Hac Vice)* <br> PATRICK F. SOLON *(Pro Hac Vice)* <br> KARA L. SZPONDOWSKI (Pro Hac Vice) <br> NIRO, HALLER & NIRO <br> 181 W. Madison St., Suite 4600 <br> Chicago, Illinois  60602 <br> Phone: (312) 236-0733 <br> Fax: (312) 236-3137 <br> E-mail: vickrey@nshn.com <br> E-mail: solon@nshn.com <br> E-mail: szpondowski@nshn.com <br><br> GARY S. FERGUS <br> FERGUS, A LAW OFFICE <br> 595 Market Street, Suite 2430 <br> San Francisco, California  94105 <br> Phone: (415) 537-9032 <br> Fax: (415) 537-9038 <br> E-mail: gfergus@ferguslegal.com <br><br> Attorneys for Plaintiff <br> Dennis Fernandez | MICHAEL S. NADEL <br> McDERMOTT WILL & EMERY LLP <br> 600 Thirteenth Street, N.W. <br> Washington, D.C. 20005 <br><br> FAY E. MORISSEAU <br> DANIEL R. FOSTER <br> CHRISTOPHER D. BRIGHT <br> McDERMOTT WILL & EMERY LLP <br> 18191 Von Karman Avenue <br> Suite 500 <br> Irvine, California 92612 <br><br> Attorneys for Defendant <br> Blackboard Inc. |

PROOF OF SERVICE

I, Paul K. Vickrey, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of Cook. I am over the age of 18 years and not a party to this cause. My business address is 181 W. Madison Street, Suite 4600, Chicago, IL 60602.

On May 23, 2012, I served a copy of the Stipulation of Dismissal With Prejudice on the parties to this action as follows:

☒ (BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")) – Pursuant to controlling General Order(s) and Local District Rule(s), the foregoing document will be served by the court via NEF and hyperlink to the document.

- Christopher D. Bright    cbright@mwe.com
- Daniel R. Foster    dfoster@mwe.com
- Fay E. Morisseau    fmorisseau@mwe.com
- Michael S. Nadel    mnadel@mwe.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on the 23rd day of May, 2012.

*/s/ Paul K. Vickrey*